ORIGINAL

Approved: _____
NI QIAN
Assistant United States Attorney

Before:   THE HONORABLE KATHARINE H. PARKER
          United States Magistrate Judge
          Southern District of New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

  - v. -

JOSEPH BAGAGLIA,

          Defendant.

- - - - - - - - - - - - - - - - - x

**19 MAG 0 0 3 5 2**

**SEALED COMPLAINT**

Violations of 18 U.S.C.
§§ 2422(b),
2252A(a)(2)(B),
2252(a)(5)(B), and 2

SOUTHERN DISTRICT OF NEW YORK, ss.:

   AARON SPIVACK, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), and charges as follows:

### COUNT ONE
(Enticement of a Minor to
Engage in Illegal Sexual Activity)

   1.   From on or about December 18, 2018 up to and including on or about January 10, 2019, in the Southern District of New York and elsewhere, JOSEPH BAGAGLIA, the defendant, willfully and knowingly, did use a facility and means of interstate and foreign commerce to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which a person can be charged with a criminal offense, and attempted to do the same, to wit, BAGAGLIA used computers and/or telephones to communicate with an undercover FBI agent about arranging to have sexual intercourse with a purported nine-year old girl (the "minor"), and attempted to meet with the minor to engage in sexual intercourse, in violation of New York Penal Law Sections 130.25(2), 130.30(1), 130.35(3), 130.55, 130.60(2), and 130.65(3) and (4).

(Title 18, United States Code, Sections 2422(b) and 2.)

## COUNT TWO
(Receipt and Distribution of Child Pornography)

2.   On or about December 21, 2018 in the Southern District of New York and elsewhere, JOSEPH BAGAGLIA, the defendant, knowingly did receive and distribute and attempt to receive and distribute material that contains child pornography that had been mailed, and using a means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, BAGAGLIA sent to an undercover FBI agent located in Manhattan, New York, two videos containing child pornography via a messenger application on a telephone from his residence in Rhode Island.

(Title 18, United States Code, Sections 2252A(a)(2)(B), (b)(1), and 2.)

## COUNT THREE
(Possession of Child Pornography)

3.   On or about January 10, 2019, in the Southern District of New York, JOSEPH BAGAGLIA, the defendant, knowingly did possess and access with intent to view, and attempt to possess and access with intent to view, a book, magazine, periodical, film, videotape, computer disk, and other material containing an image of child pornography that had been mailed, shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, BAGAGLIA brought to the Southern District of New York from Rhode Island an SD card that contained images and videos of child pornography.

(Title 18, United States Code, Sections 2252A(a)(5)(B), (b)(2), and 2.)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

4.   I am a Special Agent with the FBI and have been so employed for over ten years. I am assigned to an FBI squad charged with enforcing federal laws prohibiting child pornography and

2

other forms of child exploitation. As such, I have worked on numerous investigations and prosecutions involving minor victims and the adults who victimize these children. This affidavit is based upon my personal participation in the investigation of this matter, as well as on my conversations with other law enforcement officers and my examination of documents, reports, and records. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts I have learned during the investigation. Where the contents of documents or the actions, statements, or conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

**Overview**

5.   As described in greater detail below, based on my involvement in the investigation, I have learned, among other things, that from on or about December 18, 2018, through on or about January 10, 2019, JOSEPH BAGAGLIA, the defendant, exchanged text messages and telephone calls with an FBI agent acting in an undercover capacity ("UC-1") in which BAGAGLIA expressed his desire to engage in sexual activity with underage children and arranged to visit UC-1 for the purpose of engaging in sexual activity with UC-1's purported nine-year old daughter.

6.   Based on my involvement in the investigation, my review of the text messages and phone calls between JOSEPH BAGAGLIA, the defendant, and UC-1, I have learned, in sum and substance, the following:

   a.   On or about December 18, 2018, UC-1 posted a public message on a social media platform called Fet Life, asking "Any pervs into yng and want to chat? No judgment and no limits please." A Fet Life user by the handle "ninjaoftheleaf," later identified as the defendant, responded to the post on or about the same day, and asked if he could engage in sexual activity with UC-1's nine-year-old daughter.

   b.   On or about December 18, 2018, UC-1 and BAGAGLIA decided to continue their messages over Kik Messenger, a messaging application for cellphones. BAGAGLIA identified himself as "bimbobaggins626" on Kik Messenger. UC-1 and BAGAGLIA continued to discuss the possibility of his engaging in sexual activity with UC-1's purported nine-year-old daughter, including BAGAGLIA consenting to take a test to demonstrate that he does not have any sexually transmitted diseases ("STDs"), and arranging to come to New York via train from Rhode Island some

time after January 1, 2019. BAGAGLIA also disclosed that he is twenty-four years-old and claimed to have had sexual intercourse in the past with at least two minor children.

    c. On or about December 19, 2018, BAGAGLIA, via Kik Messenger, disclosed his name is "Joe" and reconfirmed his interest in coming to New York via train for the purpose of engaging in sexual activity with UC-1's purported nine-year-old daughter.

    d. On or about December 20, 2018, BAGAGLIA disclosed his telephone number for the purpose of talking on the phone with UC-1.

    e. On or about December 21, 2018, BAGAGLIA sent two videos depicting child pornography to UC-1 via Kik Messenger. At around the same time, BAGAGLIA told UC-1 over text messages that he uses a computer that is not connected to the internet to view child pornography.

    f. During a recorded telephone call between UC-1 and BAGAGLIA on December 24, 2018 at approximately 1:05p.m., BAGAGLIA confirmed again his desire to come to New York for the purpose of engaging in sexual activity with UC-1' nine-year-old daughter. BAGAGLIA also requested UC-1 to send him more revealing photos of his nine-year-old daughter, specifically more "mounds" or more "down south." BAGAGLIA also admitted to possessing a personal drive containing child pornography.

    g. During a recorded telephone call between UC-1 and BAGAGLIA on December 26, 2018 at approximately 5:07 pm, BAGAGLIA disclosed that he lives in Rhode Island and once again confirmed his interested in coming to New York for the purpose of engaging in sexual activity with UC-1's nine-year-old daughter, not UC-1, and confirmed that he was willing to take an STD test, prior to meeting with UC-1's nine-year-old daughter, and to bring items to facilitate sexual activity, such as lubricant, children's toys, sleeping pills or muscle relaxants or other drugs. During this call, UC-1 and BAGAGLIA also discussed BAGAGLIA bringing an SD card containing child pornography.

    h. On or about December 27, 2018, UC-1 and BAGAGLIA exchanged text messages regarding BAGAGLIA coming to New York on January 10, 2019, for the purpose of engaging in sexual activity with UC-1's nine-year-old daughter. BAGAGLIA discussed bringing toys, clothes, in size 9/10, and sleep medication, such as Nyquil for UC-1's daughter.

4

     i. During a recorded telephone call between UC-1 and BAGAGLIA on January 3, 2019 at approximately 11:20 a.m., BAGAGLIA once again reaffirmed his interest in coming to New York on January 10, 2019, to engage in sexual activity with UC-1's nine-year-old daughter.

     j. On or about January 3, 2019, BAGAGLIA sent UC-1 a text message containing a screenshot of the train ticket departing Kingston, Rhode Island at 7:11 a.m. on January 10, 2019, and scheduled to arrive in New York, New York at around 10:22 a.m.

  7. On or about January 8, 2019, based on my conversation with an employee of Amtrak, I learned that JOSEPH BAGAGLIA, the defendant, did purchase a train ticket from Kingston, Rhode Island, to New York, New York.

  8. On or about January 9, 2019, BAGAGLIA sent UC-1 a text messages that he will bring a small Lego set and some stuffed animals for UC-1's daughter, and that he took an STD test, the results of which he can access via an internet portal, but that he will bring condoms in case the results could not be accessed.

  9. Based on my review of results obtained after a search for persons and accounts associated with the telephone number with which UC-1 had been communicating, I learned that the phone number is registered to JOSEPH BAGAGLIA, the defendant, who is 24-years-old and lives in Rhode Island, as BAGAGLIA had previously revealed in conversations with UC-1.

  10. Based on my conversation with an employee of Amtrak, I learned that the ticket purchased by JOSEPH BAGAGLIA, the defendant, was scanned at around 7:15 a.m. on January 10, 2018, by an Amtrak train conductor.

  11. On or about January 10, 2018 at approximately 10:25 a.m JOSEPH BAGAGLIA, the defendant, met with another undercover FBI agent ("UC-2") posing as UC-1 in Pennsylvania Station. BAGAGLIA told UC-2, during a recorded conversation, that he brought an SD card containing child pornography, that he brought toys with him for UC-1's daughter, that he has the results of an STD test that he could access via a portal, and that he would engage in sexual activity with UC-1's daughter if she were willing. Law enforcement officers apprehended BAGAGLIA shortly thereafter.

  12. During an inventory search incident to arrest, law enforcement officers recovered the following items from the luggage of JOSEPH BAGAGLIA, the defendant: (1) an SD card; (2) a

five-inch straight-edge knife; (3) children's toys, including a Legos set and stuffed animals; (4) condoms; and (5) a bottle of Advil. A cellphone was also recovered from BAGAGLIA's person.

13. JOSEPH BAGAGLIA, the defendant, was thereafter advised of his *Miranda* rights, waived those rights, and agreed to speak with law enforcement officers. BAGAGLIA stated the following, in substance and in part:

   a. He admitted to communicating with UC-1 via Fet Life, under the handle "ninjaoftheleaf"; via Kik Messenger, under the handle "bimbobaggins626"; and via text messages;

   b. He admitted that he brought an SD card containing about 50-100 images of child pornography;

   c. He admitted to sending child pornography to UC-1 via Kik Messenger, and he further admitted to exchanging child pornography with others via Kik Messenger, and that his Kik Messenger account was suspended for sending child pornography;

   d. He admitted to bringing toys for UC-1's daughter;

   e. He admitted to taking an STD test due to his conversations with UC-1;

   f. He also admitted to bringing condoms as a backup to the STD test.

WHEREFORE, the deponent respectfully requests that JOSEPH BAGAGLIA, the defendant, be imprisoned, or bailed, as the case may be.

_____
AARON SPIVACK
Special Agent
Federal Bureau of Investigation

Sworn to before me this
10th day of January, 2019

_____
HONORABLE KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK