UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

Joseph Bagaglia,

*Defendant.*

[~~PROPOSED~~]
**ORDER**

19 Cr. 342 (LGS)

---

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on September 16, 2020;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

**SO ORDERED:**

Dated:  New York, New York
        September 21, 2020

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE