UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                     Plaintiff,             :
                                                            :          19 Cr. 342 (LGS)
                    -against-                               :
                                                            :          SCHEDULING ORDER
JOSEPH BAGAGLIA,                                            :
                                     Defendant,             :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Joseph Bagaglia's sentencing hearing shall be held on **January 14, 2021** at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  Defendant's pre-sentencing submission, if any, shall be filed on or before **December 14, 2020**.  The Government's pre-sentencing submission, if any, shall be filed by **December 17, 2020.**

Dated: September 21, 2020
       New York, New York

                                                    _____
                                                    **LORNA G. SCHOFIELD**
                                                    **UNITED STATES DISTRICT JUDGE**