**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

November 10, 2020

**BY ECF**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application Granted.  The Clerk of the Court is directed to
terminate the letter motion at docket number 49.

Dated: November 12, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   **United States v. Joseph Bagaglia,**
      **19 Cr. 342 (LGS)**

Dear Judge Schofield:

I write to request a temporary modification of Mr. Bagaglia's home-detention bail condition to permit him to spend Thanksgiving day with his family at his sister's house in New Jersey.  His sister's address and phone number have already been provided to Pretrial Services.  Mr. Bagaglia's mother, sister, brother, brother-in-law, nephews, and grandmother will be in attendance.  The family is aware of Mr. Bagaglia's bail conditions and will supervise him.

Mr. Bagaglia proposes to leave his mother's home at noon on Thursday, November 26, and to return by 9:00 p.m. that evening.  Neither Pretrial nor the government objects to this request.

Respectfully submitted,
/s/
Clay H. Kaminsky
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8749 / (646) 842-2622

cc:   AUSA Sarah Kushner
      USPTO Acheme Amali (by email)