UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                              :

UNITED STATES OF AMERICA,       :
                       Plaintiff,   :

                           :           19 Cr. 342 (LGS)

      -against-          :

                           :         SCHEDULING ORDER

JOSEPH BAGAGLIA,           :

                    Defendant,  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that the sentencing hearing currently scheduled for May 6, 2021,

at 11:00 a.m. is adjourned to **May 6, 2021, at 4:15 p.m**. in Courtroom 318 of the Thurgood

Marshall Courthouse.   Members of the press and public may dial into this conference using

Conference Call In Number: (888) 363-4749; and Access Code: 558-3333.


Dated: May 5, 2021
      New York, New York

                                 **LORNA G. SCHOFIELD**
                          **UNITED STATES DISTRICT JUDGE**