# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

June 16, 2021

**BY ECF**

Defendant's application to extend his surrender date is
DENIED as moot. The Clerk of the Court is directed
to terminate the letter motion at docket number 66.

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Dated: June 16, 2021
New York, New York

Re:   **United States v. Joseph Bagaglia**
       **19 Cr. 342 (LGS)**

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dear Judge Schofield:

I write to inform the Court that Mr. Bagaglia received his BOP
designation, to FCI Fort Dix, this morning. Our June 14, 2021 motion for
adjournment of his surrender date is therefore moot.

Respectfully submitted,
/s/
Clay H. Kaminsky
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8749 / (646) 842-2622

cc:   AUSAs Ni Qian and Sarah Kushner